KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
CHARLES N. FREIBERG (SBN 70890)
CFreiberg@kasowitz.com
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
DAVID A. THOMAS (SBN 215367)
DThomas@kasowitz.com
2029 Century Park East, Suite 750
Los Angeles, California 90067
Telephone: (424) 288-7900
Facsimile: (424) 288-7901

Attorneys for Plaintiff
MUFG Union Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MUFG UNION BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>COLUMBIA CASUALTY COMPANY, an Illinois corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:15-CV-04994-EMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff MUFG Union Bank, N.A. and Defendant Columbia Casualty Company stipulate to dismissal of this action **with prejudice**, with each party to bear its own fees and costs.

Dated: March 31, 2016

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: /s/ David A. Thomas
David A. Thomas
Attorneys for Plaintiff MUFG Union Bank, N.A.

By: _____
Marsha Morrow, SBN 71903
Sherman Lee, SBN 145765
Colliau Carluccio Keener Morrow Peterson & Parsons
555 Mission Street, Suite 330
San Francisco, CA 94105
Telephone: (415) 932-7000
Facsimile: (415) 932-7001
Email: marsha.morrow@cna.com
       sherman.lee@cna.com

Leland H. Jones IV (appearing *pro hac vice*)
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049
Email: lhjones@wileyrein.com

*Attorneys for Defendant Columbia Casualty Company*

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District

IT IS SO ORDERED
Judge Edward M. Chen

CASE NO. 3:15-CV-04994-EMC
STIPULATION OF DISMISSAL WITH PREJUDUCE